AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocation
           Sheet 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 15 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA
vs.
WILLIAM CHRISTOPHER HENRY

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:05-cr-94-LRH(VPC)

USM NUMBER: 11648-023

THE DEFENDANT:

Vito de la Cruz
DEFENDANT'S ATTORNEY

( ✓ )    admitted guilt to violating conditions  _(See below)_  of the term of supervision.

(   )    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Petition (Document 19) | | |
| 1 | You shall not own, possess, use, view or read any pornographic material, or frequent any place that is involved with pornography, as defined in 18:2256(2). | 12/6/07 |
| Addendum to Petition (Document 24) | | |
| 1 | Shall not use/possess alcohol. | 1/7/07 |

   The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(   )    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) of conditions.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in economic circumstances.

JANUARY 14, 2008
Date of Imposition of Judgment

_[signature]_
Signature of Judge

LARRY R. HICKS
U.S. DISTRICT JUDGE
Name and Title of Judge

1/14/08
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
    Sheet 2 - Imprisonment

DEFENDANT: WILLIAM CHRISTOPHER HENRY                                    Judgment - Page __2__
CASE NUMBER: 3:05-cr-94-LRH(VPC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>ONE (1) DAY; service of said sentence to be arranged by Probation Officer</u>

( )   The court makes the following recommendations to the Bureau of Prisons:

( )   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
      ( )   at _____ a.m./p.m. on _____
      ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      ( )   before 2 p.m. on _____
      ( )   as notified by the United States Marshal.
      ( )   as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                            UNITED STATES MARSHAL

                                            BY: _____
                                                Deputy U.S. Marshal

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 3 - Supervised Release

| | |
|---|---|
| DEFENDANT: WILLIAM CHRISTOPHER HENRY | Judgment - Page 3 |
| CASE NUMBER: 3:05-cr-94-LRH(VPC) | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>TWENTY (20) MONTHS</u>

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

( )   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
(✓)   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
(✓)   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
( )   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
( )   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 - Supervised Release

| | |
|---|---|
| DEFENDANT: WILLIAM CHRISTOPHER HENRY | Judgment - Page 4 |
| CASE NUMBER: 3:05-cr-94-LRH(VPC) | |

## SPECIAL CONDITIONS OF SUPERVISION

1. **Possession of Weapon** - The defendant shall not possess, have under his/her control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

2. **Warrantless Search** - The defendant shall submit to the search of his/her person, and any property, residence, or automobile under his/her control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

3. **Substance Abuse Treatment** - The defendant shall participate in and complete a substance abuse treatment program, which may include drug testing, out-patient counseling, or residential placement, as approved and directed by the probation officer. The defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer, based upon his ability to pay.

4. **Alcohol Abstinence** - Defendant shall refrain from the use and possession of beer, wine, liquor and other forms of intoxicants.

5. **Mental Health Counseling** - The defendant shall participate in and complete a mental health treatment program, which may include testing, evaluation, medication management, outpatient counseling or residential placement, as approved and directed by the probation officer. Further, defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon his ability to pay.

6. **Minor Prohibition** - Defendant shall not associate with persons under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of defendant's background and current offense, and who has been approved by the probation officer.

7. **Sex Offender Treatment** - Defendant shall successfully complete a treatment program for sex offenders, which may include polygraph/truth verification testing, as approved by the probation officer.

8. **Computer Pornography Prohibition** - Defendant shall neither possess, nor have under his control, any matter that is pornographic, as defined in 18 U.S.C. 2256(2), or that depicts, suggests, or alludes to sexual activity of minors under the age of eighteen (18). This includes, but is not limited to, any matter obtained through access to any computer or any material linked to computer access or use.

9. **Pornography Prohibition** - Defendant shall not own, possess, use, view, or read any pornographic material, or frequent any place that is involved with pornography, as defined in 18 U.S.C. 2256(2).

10. **Computer Restriction and Monitoring** - Defendant shall provide the probation officer with accurate information regarding his entire computer system, including all related digital devices with memory and all passwords and internet service providers. Defendant shall allow the installation of any software/hardware on his computer by the probation officer and shall abide by all rules of the Computer Restriction and Monitoring Programs Agreement.